FILE COPY

## IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 15-0908

| | | |
|---|---|---|
| **TOMMY KUTSCHEROUSKY, SR.,** **TOMMY KUTSCHEROUSKY, JR.** **AND ERIC KUTSCHEROUSKY,** **D/B/A KUTSCHEROUSKY FARMS** **v.** **ROBBYN ELIZABETH COY** **ARRIOLA AND JOEY ARRIOLA** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Limestone County,**<br><br>**7th District.** |

**June 17, 2016**

Petitioners' petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioners, TOMMY KUTSCHEROUSKY, SR., TOMMY KUTSCHEROUSKY, JR. AND ERIC KUTSCHEROUSKY, D/B/A KUTSCHEROUSKY FARMS, pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 28th day of July, 2016.



Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk